# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-60161

———————

United States Court of Appeals
Fifth Circuit

**FILED**

May 29, 2025

Lyle W. Cayce
Clerk

Sandy Mays,

*Plaintiff—Appellant*,

*versus*

Newly Weds Foods, Incorporated,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:22-CV-101

———————————————————————

Before Ho, Engelhardt, and Douglas, *Circuit Judges*.

Per Curiam:[*]

On the instant record, we find no reversible error.  AFFIRMED.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.